# RUBIN LUBLIN, LLC
Attorneys and Counselors at Law
200 CLINTON AVENUE WEST, SUITE 406
HUNTSVILLE, AL 35801
TEL (877) 813-0992
FAX (404) 601-5846

September 13, 2019

**VIA FIRST CLASS MAIL**

Herman D. Padgett, Esq.
c/o Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609

     RE: Bankruptcy Case No. 17-03627-JCO
        Alexander Lee Truesdale
        Nakeisha Taulease Truesdale
        Loan No. 6190

Dear Herman D. Padgett, Esq.:

  Please consider this letter as notice pursuant to the Agreed Order entered in the above-referenced Chapter 13 case on March 12, 2018 pursuant to a Motion for Relief from Automatic Stay filed on December 6, 2017 by (the "Creditor") Nationstar Mortgage LLC d/b/a Mr. Cooper. The loan was subsequently transferred on July 2, 2018, to Movant, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust. The Agreed Order provides that if the default detailed below is not cured in the manner detailed below, the Creditor shall file a Notice of Termination of the Stay. Upon the filing of the Notice of Termination of Stay, the stay shall lift without further Order from the Court.

  You are hereby notified that your clients have twenty (20) days from the date of the receipt of this notice to tender <u>certified funds</u> to BSI Financial Services, 314 S Franklin St. P.O. Box 517, Titusville, PA 16354 in the amount of **$2,030.72**. The certified funds should be made payable to BSI Financial Services.

| Description | From | To | Amount | Total |
| --- | --- | --- | --- | --- |
| Missed Payment Group 1 | 06/01/2019 | 09/01/2019 | $586.44 | $2,345.76 |
| Suspense Balance Credit | | | $-315.04 | $-315.04 |
| Grand Total | | | | $2,030.72 |

                  Sincerely,

                  /s/ Amanda Beckett
                  Amanda Beckett

cc:
Alexander Lee Truesdale, 112 Lillian Avenue, Saraland, AL 36571
Nakeisha Taulease Truesdale, 112 Lillian Avenue, Saraland, AL 36571
Daniel B. O`Brien, Chapter 13 Trustee, P.O. Box 1884, Mobile, AL 36633